**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL C. LEPPLA, | ) | CASE NO. 5:18 CV 1839 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| TIM RYAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the Court's Memorandum of Opinion and Order, this action is dismissed  pursuant to 28 U.S.C. §1915(e).  Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

Date: December 14, 2018             */s/ John R. Adams*
                                    JOHN R. ADAMS
                                    UNITED STATES DISTRICT JUDGE